# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE FERNANDO SANCHEZ, | No. 4:18-CV-02415 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## ORDER

### MARCH 18, 2019

On January 22, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny Jaime Fernando Sanchez's Petition for a Writ of Habeas Corpus. Objections to this Report and Recommendation were due by February 13, 2019, but none were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation, ECF No. 5, is **ADOPTED**.
2. The Petition for a Writ of Habeas Corpus, ECF No. 1, is **DENIED**. That denial, however, is without prejudice to Mr. Sanchez taking whatever action before the court of appeals he deems appropriate under 28 U.S.C. § 2255 to preserve and present this issue in a second or successive motion to correct his sentence.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge